UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61606-CIV-DIMITROULEAS/Snow

EMBROITIQUE, LLC,

    Plaintiff,

v.

STITCHTOPIA, INC., AMBER STEGER a/k/a
Leanne Hawthorne a/k/a/ Amber Sweeney, ALAN
AFFELT, and ITTY BITTY DRAGON, INC.,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Stitchtopia, Inc. (ECF No. 102 ); Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Stitchtopia, Inc. (ECF No. 103); Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Alan Affelt (ECF No. 104);  Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Alan Affelt (ECF No. 105);  Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Amber Steger (ECF No. 106); and Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Amber Steger  (ECF No. 107), which were referred to Lurana S. Snow, United States Magistrate Judge.  The motions are ripe for consideration and a hearing was held before the undersigned on February 14, 2018.  This Order memorializes the Court's ruling from the bench.

Some of the issues raised in the Plaintiff's motions were resolved prior to the hearing. Plaintiff's primary remaining complaint with respect to Defendants' document production is its insistence that the production must be incomplete.  Defendants stand by their assertion that the production, as recently supplemented, represents all of the responsive documents they have.  The

Court cannot order Defendants to produce documents they do not have. Defendants have agreed, however, to produce e-mails and text messages in native format.

Plaintiff also asserts that Defendants Affelt and Steger's responses to Interrogatories seeking information as to oral communications regarding Embroitique are not sufficiently detailed. Because the interrogatories are proper, Mr. Affelt shall supplement his answer to Interrogatory 5 and Ms. Steger shall supplement her answers to Interrogatories 5 and 6 to provide approximate dates and the substance of the conversations.

Finally, the Court agrees with Plaintiff that is entitled to a more detailed response from Mr. Affelt to Interrogatory 10, which asks how he learned to digitize. Mr. Affelt shall supplement his answer with a summary of the method Ms. Steger used to teach him to digitize. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendants shall, on or before February 23, 2018, provide in native format the e-mails and text messages previously produced;

2. Defendant Affelt shall, on or before February 23, 2018, supplement his answers to Interrogatories 5 and 10;

3. Defendant Steger shall, on or before February 23, 2018, supplement her answers to Interrogatories 5 and 6;

4. Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Stitchtopia, Inc. (ECF No. 102 ) is otherwise DENIED, without prejudice to renew should Plaintiff learn that its production is incomplete;

5. Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Stitchtopia, Inc. (ECF No. 103) is DENIED as moot;

6. Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Alan Affelt (ECF No. 104) is otherwise DENIED, without prejudice to renew if Plaintiff learns that the production is incomplete;

7. Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Alan Affelt (ECF No. 105) is otherwise DENIED as moot;

8. Plaintiff's Motion to Compel Production of Documents and Information from Defendant, Amber Steger (ECF No. 106) is otherwise DENIED, without prejudice to renew if Plaintiff learns that the production is incomplete; and

9/ Plaintiff's Motion to Compel Better Answers to Interrogatories from Defendant, Amber Steger (ECF No. 107) is otherwise DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of February, 2018.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties